NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7017

ISHMEAL W. JEMMOTT, JR.,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 08-2611, Judge William A. Moorman.

## O R D E R

Ishmeal W. Jemmott, Jr. submits an informal brief.

Jemmott's informal brief was submitted on the incorrect form. Jemmott may, if he wishes, file a replacement informal brief on the proper form. If he does not file a replacement brief, the appeal will proceed on the brief received by the court on March 24, 2009.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)	The petition for review is reinstated.

(2)	Jemmott may, if he wishes, file a replacement informal brief on the enclosed form within 21 days of the date of filing of this order.

(3)     The Secretary of Veterans Affairs' brief is due within 45 days of the date of filing of this order.

FOR THE COURT

APR  3 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 03 2009

JAN HORBALY
CLERK

cc:     Ishmeal W. Jemmott, Jr. (informal brief form enclosed)
        Michael J. Dierberg, Esq.

s17